UNITED STATES
DISTRICT OF MINNESOTA
Criminal No. 23-cr-160 (NEB/JFD)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Christopher Lee Washington,

    Defendant.

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT CHRISTOPHER WASHINGTON**

    Glenn P. Bruder and the firm of Mitchell, Bruder and Johnson as attorney for Defendant Christopher Lee Washington ("Defendant" or "Washington") hereby move to: (1) withdraw as counsel for Defendant in this matter pursuant to Local Rule 83.7(c) for good cause, and (2) for such other relief as the Court deems reasonably necessary to assure Defendant's rights to adequate representation under the Sixth Amendment of the United States Constitution.

    The basis for this motion is as follows:

    1.    On December 8, 2025, the Defendant sent an email message to his attorney stating that he wanted his counsel to "resign yourself off my case [and] notify the court."

    2.    The Defendant also made a number of statements, likely protected by attorney-client privilege, which generally expressed a lack of confidence in his attorney, a belief that his attorney had failed to adequately defend him, both during the trial and in post-trial motions and that Defendant's attorney had failed to dutifully follow Washington's instructions to his detriment.

    3.    Defendant's attorney feels Washington's allegations are without merit, but demonstrate substantial and irreconcilable differences between the Defendant and his attorney

regarding ongoing defense efforts and reflect Defendant's complete lack of faith in his attorney's judgment and ability.

4.      Defendant's sentencing position pleading is currently due on December 23, 2025 and Defendant's sentencing is scheduled for January 6, 2026. Absent a prompt decision on this motion, Defendant's attorney may find it necessary to file additional motions to delay Defendant's position pleadings and sentencing.

The undersigned has notified Christopher Washington of this motion by sending a copy to him by U.S. mail.

Dated: December 11, 2025

Respectfully submitted,

MITCHELL, BRUDER & JOHNSON
*/s/ Glenn P. Bruder*
Attorney for Defendant
9531 West 78th Street
Suite 210
Eden Prairie, MN 55344
(952) 831-3174