# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No:  23-cr-160 (31) (NEB/JFD) |
| | ) | Date:  February 18, 2026 |
| v. | ) | Courthouse:  Minneapolis |
| | ) | Courtroom:  13W |
| CHRISTOPHER LEE WASHINGTON, | ) | Court Reporter:  Renee Rogge |
| | ) | Time Commenced: 2:30 p.m. |
| Defendant. | ) | Time Concluded:  3:00 p.m. |
| | ) | Time in Court:  30 minutes |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

    For Plaintiff:    Albania Concepcion, Assistant U.S. Attorney
    For Defendant:    Glenn Bruder, CJA Appointed Attorney

☒ **Sentencing.**
☒ **Defendant's objections to minor role and dangerous weapon are overruled.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Verdict | BOP | SR |
|---|---|---|---|
| 1ss | X | 151 months to be served concurrently to the term ordered on Count 3ss | 5 years to be served concurrently to the term ordered on Count 3ss |
| 3ss | X | 151 months to be served concurrently to the term ordered on Count 1ss | 5 years to be served concurrently to the term ordered on Count 1ss |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $200.00 due immediately.
☒ Defendant is remanded to the custody of the USM.

Date: February 18, 2026

                                           _s/Kristine Wegner_
                                           Courtroom Deputy to Judge Nancy E. Brasel